JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO MARTINEZ<br><br>Plaintiff<br><br>v.<br><br>BRANDON QUANG and NCBI INVESTMENT, INC.<br><br><br><br>Defendant(s) | Case No.: 3:10-cv-03478-BZ<br><br>**AFFIDAVIT TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br><u>AMENDED</u>   - Corrects CMC date |

**DECLARATION OF TOMAS MARGAIN**

1. I am the attorney for Plaintiff in this action, and I have personal knowledge of each fact stated in this declaration.

2. The above matter is currently set for an Initial Case Management Conference set for January 24, 2011 with a Case Management Conference Statement due January 17, 2011.

3. I write to request a 30 day extension so that this matter may be fully settled and the Settlement reduced to a writing.

1

**MAGISTRATE CONSENT**

4. The parties have reached a settlement as to the amount.  They are working out issues regarding a payment plan.  The corporate defendant is a restaurant that needs a structured settlement.

5. The 30 day period will allow us to finish this negotiation point and draft and execute a written agreement.  I anticipate dismissing the action and having language in the agreement which would call for a penalty if I have to file in State Court to enforce the agreement.  I want to do this so that the Court does not need to retain jurisdiction during the period it would take to complete the payments.

6. Defendants have retained James Macy a licensed attorney who practices in Sacramento.  We are trying to work out the last details but will not be able to do so by January 17, 2011.

7. The Summons Complaint and all papers have been served.  Plaintiffs have consented to the Jurisdiction of a Magistrate.  Defendants have not yet made an appearance nor filed their consent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th of January 2011 in San Jose, California.



\_\_\_\_\_//s// Tomas Margain_____

TOMAS MARGIN

GRANTED.  New Case Management Conference is scheduled for Monday, **February 28, 2011** at 4:00 p.m.

Dated:  January 14, 2011

2

**MAGISTRATE CONSENT**